# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

UNITED STATES

_____

**v.**

JOHN ALLEN CRAMER

_____

**Case #**  24-mj-158-AJ

# EXHIBITS

**OFFERED BY:**

| NUMBER/LETTER | DESCRIPTION |
|---|---|
| GX1 | California Booking Photo |
| GX2 | Arrest Warrant |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**USDCNH-25 (2-96)**